United States District Court

Eastern District of California

Michael Anthony Lewis,

      Petitioner,

vs.

David L. Runnels, et al.,

      Respondents.

No. Civ. S 04-1136 DFL PAN P

Order

-oOo-

Pursuant to the order made January 26, 2005, petitioner has filed a status report stating he is attempting to exhaust available state remedies.  Petitioner shall notify the court and respondents forthwith when he has exhausted available state remedies.

So ordered.

Dated:  May 31, 2005.

                               /s/ Peter A. Nowinski
                               PETER A. NOWINSKI
                               Magistrate Judge