UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

### ORDER OF REASSIGNMENT

The Court, having considered the appointment of United States District Judge John A. Mendez and Magistrate Judge Edmund F. Brennan, finds the necessity for reassignment of this action, and for notice to be given to the affected parties.

IT IS THEREFORE ORDERED that:

This action is hereby reassigned to District Judge John A. Mendez and Magistrate Judge Edmund F. Brennan, for all further proceedings.  The new case number for this action, which must be used on all future documents filed with the court, is reflected on the Notice of Electronic Filing accompanying this order.

Dated:  August 29, 2011

                                          /s/ - Anthony W. Ishii
                                   ANTHONY W. ISHII
                                   Chief United States District Judge