IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL ANTHONY LEWIS,

    Petitioner,                    No. 2:04-cv-1136 JAM EFB P

    vs.

CALIFORNIA DEPARTMENT OF CORRECTIONS, et al.,

    Respondents.               ORDER

/

       Petitioner, a state prisoner proceeding without counsel, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

       On March 11, 2013, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Neither party has filed objections to the findings and recommendations.

       The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

/////

1. The findings and recommendations filed March 11, 2013, are adopted in full;

2. Petitioner's motion for a stay, Dckt. No. 22, is denied;

3. Petitioner's conditional motion to voluntarily dismiss the petition, Dckt. No. 22, is denied;

4. Petitioner's motion to amend the petition, Dckt. No. 23, is denied; and

5. Petitioner's traverse, if any, shall be filed on or before May 10, 2013.

DATED:   April 12, 2013

/s/ John A. Mendez
UNITED STATES DISTRICT COURT JUDGE